UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:21-cv-370-VAP (MAR)                                    Date: June 22, 2021

Title:  *Horace Lucious v. B.O.P.*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

|  Erica Valencia  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

|  Attorneys Present for Petitioner:  |  Attorneys Present for Defendants:  |
|---|---|
|  N/A  |  N/A  |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On March 1, 2021 Plaintiff, proceeding pro se and in forma pauperis, filed a Civil Rights Complaint ("Complaint") pursuant to Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).  ECF Docket No. ("Dkt.") 1.  On April 5, 2021, the Court issued an Order Dismissing the Complaint with Leave to Amend ("ODLA"), ordering Plaintiff to file a First Amended Complaint ("FAC") within twenty-one (21) days of the service date of the Order.  Dkt. 10.  On April 13, 2021, the Court remailed the April 5, 2021 ODLA to Plaintiff at his updated address.[1]  Dkt. 15.

To date, Plaintiff has failed to comply with the Court's April 5, 2021 ODLA.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, **within twenty-one (21) days** of this Order why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed R. Civ. P. 41(b); Dkt. 10 at 10–12.

The Court will consider any of the following three (3) options to be an appropriate response to this OSC:

1. Plaintiff shall file a First Amended Complaint that addresses the deficiencies identified in the Court's April 5, 2021 ODLA;
2. Plaintiff shall provide the Court with an explanation as to why he has failed to file a First Amended Complaint; or

---

[1] After Plaintiff filed his Complaint, he was transferred to the Oklahoma City Federal Transfer Center in Oklahoma.  See Dkt. 11, Notice of Change of Address ("I'm just informing you on my change of address. . . . I will inform you when I get to my destination.").  To date, Plaintiff has failed to provide the Court with an updated address.  Dkt. 15.  However, it appears that Plaintiff is now incarcerated at Memphis FCI.  See Federal Bureau of Prisons, Find an inmate, https://www.bop.gov/inmateloc/ (Plaintiff's BOP Register Number is 36171-001) (Last visited on June 14, 2021).  Accordingly, the Clerk of Court is directed to send to Plaintiff, at his current place of incarceration at Memphis FCI, a copy of:  this Order to Show Cause; his Complaint (Dkt. 1); the Court's April 5, 2021 ODLA (Dkt. 10); a blank Central District civil rights complaint form; and a blank Notice of Dismissal form, for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:21-cv-370-VAP (MAR)                                              Date: June 22, 2021

Title:   *Horace Lucious v. B.O.P.*

    3.   Plaintiff may request a voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a).

**Plaintiff's failure to timely respond to this Order may result in a recommendation that this case be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

**Initials of Preparer**   : ev