JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE LUCIOUS, | Case No. 5:21-cv-370-VAP (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| B.O.P., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  September 23, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge